IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00931-MEH

SANTIAGO ABREU,

    Plaintiff,

v.

79 PORCUPINE, LTD., doing business as Dairy Queen #22,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is a Stipulated Motion to Dismiss with Prejudice [filed October 25, 2016; ECF No. 26]. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court finds the Stipulation and terms of the dismissal proper. Thus, this case is voluntarily **dismissed with prejudice**, with each party to bear his or its own attorney's fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 27th day of October, 2016.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge